UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI A. MOROSHKIN,

        Plaintiff,

-against-

RT. REV. ANDREW DIETSCHE,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

22-cv-864 (MKV)

ORDER REOPENING CASE AND
DIRECTING DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT

MARY KAY VYSKOCIL, United States District Judge:

    In a Summary Order dated November 1, 2022, the United States Court of Apeals for the Second Circuit vacated this Court's *sua sponte* Order of Dismissal dated February 18, 2022 [ECF Nos. 5, 8]. Accordingly, IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's complaint [ECF No. 1] by November 21, 2022.

    The Clerk of Court respectfully is requested to reopen this case.

**SO ORDERED.**

Date: **November 3, 2022**
      **New York, NY**

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**